IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE: James F. Bareis        :   case no.19-12579
                              :   CHAPTER 13
    Debtor                    :

### ORDER APPROVING EMPLOYMENT OF REALTOR/BROKER

AND NOW, this __23rd__ day of ~~August~~ October 2019, upon the application of James F. Bareis in the above case seeking authority to employ Realty One Group Legacy under a General Listing Agreement to represent it as Realtor/Broker for the Debtor in and it appearing that Realty One Group Legacy is a real estate broker duly authorized to practice in this Commonwealth and the Court being satisfied that Realty One Group Legacy does not hold or represent any interest adverse to the Estate and is a disinterested person within the meaning of 11 U.S.C. section 101(13), it is:

ORDERED that the employment by James F. Bareis of Realty One Group Legacy to represent it in this case on the terms and at the rates indicated in the Debtor's application is APPROVED.

The broker shall be paid 4.5%, pursuant to the contract.

BY THE COURT:

_____
United States Bankruptcy Court
Jean K. FitzSimon, Judge