United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-12579-jkf
James F. Bareis                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 1          Date Rcvd: Oct 23, 2019
                            Form ID: pdf900           Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2019.
db          +James F. Bareis,   732 N. Limekiln Pike,   Chalfont, PA 18914-1507
cr          +Citizens Bank N.A.,   One Citizens Bank Way Mailstop JCA115,   Johnston, RI 02919-1922
cr          +SPECIALIZED LOAN SERVICING LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Oct 24 2019 02:59:29    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 24 2019 02:59:10
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 24 2019 02:59:27    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2019 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    Bank of America, N.A. alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor James F. Bareis mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE: James F. Bareis              :     case no.19-12579
                                    :     CHAPTER 13
        Debtor                      :

## ORDER APPROVING EMPLOYMENT OF REALTOR/BROKER

AND NOW, this __23rd__ day of ~~August~~ October 2019, upon the application of James F. Bareis in the above case seeking authority to employ Realty One Group Legacy under a General Listing Agreement to represent it as Realtor/Broker for the Debtor in and it appearing that Realty One Group Legacy is a real estate broker duly authorized to practice in this Commonwealth and the Court being satisfied that Realty One Group Legacy does not hold or represent any interest adverse to the Estate and is a disinterested person within the meaning of 11 U.S.C. section 101(13), it is:

ORDERED that the employment by James F. Bareis of Realty One Group Legacy to represent it in this case on the terms and at the rates indicated in the Debtor's application is APPROVED.

The broker shall be paid 4.5%, pursuant to the contract.

BY THE COURT:

_____
United States Bankruptcy Court
            Jean K. FitzSimon, Judge