## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  James F. Bareis<br>　　　　　　　　　　Debtor(s)<br><br>Toyota Lease Trust, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>James F. Bareis<br>　　　　　　　　　　Debtor(s)<br><br>Scott Waterman<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 19-12579 JKF |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection to Confirmation of Toyota Lease Trust, which was filed with the Court on or about **October 09, 2019: Docket #24**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　412-430-3594

January 23, 2020