Michael J. McCrystal, Esquire
151 Main Street, STE A
Emmaus, PA 18049
(610) 262-7873

Attorney for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   James F. Bareis                               Chapter 13

                                                       Case No. 19-12579-jkf

         Debtors

AND NOW, this 13th day of February 2020, the undersigned certifies that I served via United States Mail Postage Prepaid and/or ECF filing a copy of Notice and Motion to Sell upon the following named parties:

Office of the US Trustee                  Citizens Bank N.A.
833 Chestnut Street                       attn..: Marlon D. Diaz
5th Floor                             One Citizens Bank Way
Philadelphia, PA 19107                    Mailstop JCA 115
                                          Johnston, RI 02919

Specialized Loan Servicing LLC            Specialized Loan Servicing LLC
8742 Lucent Blvd, STE 300                 Shapiro and De Nardo LLC
Highlands Ranch, CO 80129                 3600 Horizon Drive, STE 150
                                          King of Prussia, PA 19406

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

                                          /s/ Michael J. McCrystal
                                          _____
                                          Michael J. McCrystal, Esquire