Michael J. McCrystal, Esquire
151 Main Street, STE. A
Emmaus, PA 18049
(610) 262-7873

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| James F. Bareis | Case No. 19-12579-jkf |
| Debtor. | Chapter 13 |
| James F. Bareis | |
| Movant | |
| Vs. | |
| Citizens Bank N.A. | |
| Specialized Loan Servicing LLC | |
| Bucks County Tax Claim Bureau | |
| Internal Revenue Service | |
| Commonwealth of Pennsylvania | |
| Respondents | |

AND NOW, this _____ day of March 2020 upon consideration of the Debtor's Motion to Sell Free and Clear of Liens and Encumbrances and after notice and opportunity to be heard:

1. It is ORDERED that the Debtor's Motion to Sell Real Estate Free and Clear of Liens and Encumbrances is GRANTED.

2. The debtor is authorized to sell real property located at 732 N. Limekiln Pike, Township of Chalfont, County of Bucks, Commonwealth of Pennsylvania, free and clear of existing liens and encumbrances of any nature or kind.

3. The Real Property shall be conveyed to William Earl Boswell, pursuant to the terms and conditions of the agreement of sale (for a purchase price of $295,000.00) as set forth in the Motion, free and clear of any and all existing liens and encumbrances of any nature or kind.

4. Because debtor has secured this sale *with* the assistance of a real estate agent or broker, Realty One Group Legacy attn. Al Ferraguti and such Broker has sought to be approved by this Court pursuant to a Listing Agreement which sets out terms of a commission and *such commission is authorized* to be made by this order. Pursuant to the Order of this Court, the approved commission is 4.5%.

5. The Seller's ordinary, customary and reasonable closing costs including but not limited to transfer taxes, tax certifications, document preparation fees, real estate taxes, lienable municipal services and express mail fees will be paid out of the proceeds of the sale.

6. Following the payment of the Seller's Closing Costs, all liens and encumbrances will be paid out of the proceeds of sale, in the order of their priority, until the proceeds are exhausted as follows:

   a. Payoff of outstanding real estate taxes of the Bucks County Tax Claim Bureau

   b. Payoff of outstanding sewer and trash charges of the Township of Chalfont

   c. Payment in full of the Mortgage of Specialized Loan Servicing LLC

   d. Payment in full of the Mortgage of Citizens Bank N.A.

   e. Payment in full of the Internal Revenue Service

   f. Funds, if any remaining, shall be placed into the escrow account of the Debtor's attorney pending further order of this Court.

   g. Closing is required within 30 days of a payoff quote or a new payoff quote is required within 30 days of closing;

   h. The Debtor is authorized to execute any and all documents and to perform any and all acts necessary for the debtor to consummate the sale of the real property as authorized by this Order.

BY THE COURT:

_____
United States Bankruptcy Judge

2355 Old Post Road, STE. 4                                                          ORDER TO SELL
Coplay, PA 18037
(610) 262-7873