```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                        Case No. 19-12579-jkf
James F. Bareis                                               Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Stacey                Page 1 of 1                  Date Rcvd: Mar 12, 2020
                              Form ID: pdf900             Total Noticed: 7
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db             +James F. Bareis,    732 N. Limekiln Pike,    Chalfont, PA 18914-1507
cr            ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,   ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
               (address filed with court:   Citizens Bank N.A.,    One Citizens Bank Way Mailstop JCA115,
                 Johnston, RI   02919)
r              +ELIZABETH SCHAEFER,    Realty Group One Legacy,    601 New Britain Road,   Bldg. 100,
                 Doylestown, PA 18901-2788
cr             +SPECIALIZED LOAN SERVICING LLC,    8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 13 2020 03:12:10     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 13 2020 03:11:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 13 2020 03:11:58      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 13 2020 03:11:22     Citizens Bank N.A.,
                 One Citizens Bank Way Mailstop JCA115,    Johnston, RI  02919
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    Bank of America, N.A. alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC pabk@logs.com
              MICHAEL J. CLARK    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC mjclark@logs.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor James F. Bareis mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

1  Michael J. McCrystal, Esquire
   151 Main Street, STE. A
   Emmaus, PA 18049
2  (610) 262-7873

3  Attorney for Debtor

4  IN THE UNITED STATES BANKRUPTCY COURT
   FOR THE EASTERN DISTRICT OF PENNSYLVANIA
5  PHILADELPHIA DIVISION

6  James F. Bareis                              Case No. 19-12579-jkf
                                                Chapter 13
7  Debtor.

8  James F. Bareis
   Movant
9

10 Vs.

11 Citizens Bank N.A.
   Specialized Loan Servicing LLC
12 Bucks County Tax Claim Bureau
   Internal Revenue Service
13 Commonwealth of Pennsylvania
   Respondents

14

15 AND NOW, this __12th__ day of March 2020 upon consideration of the Debtor's Motion to Sell Free and Clear of Liens and Encumbrances and after notice and
16 opportunity to be heard:

17 It is ORDERED that the Debtor's Motion to Sell Real Estate Free and Clear of Liens and Encumbrances is GRANTED.

18
2. The debtor is authorized to sell real property located at 732 N. Limekiln Pike, Township
19 of Chalfont, County of Bucks, Commonwealth of Pennsylvania, free and clear of existing liens and encumbrances of any nature or kind.

20
3. The Real Property shall be conveyed to William Earl Boswell, pursuant to the terms and
21 conditions of the agreement of sale (for a purchase price of $295,000.00) as set forth in the Motion, free and clear of any and all existing liens and encumbrances of any nature or
22 kind.

23 4. Because debtor has secured this sale *with* the assistance of a real estate agent or broker, Realty One Group Legacy attn. Al Ferraguti and such Broker has sought to be approved
24 by this Court pursuant to a Listing Agreement which sets out terms of a commission and *such commission is authorized* to be made by this order. Pursuant to the Order of this
25 Court, the approved commission is 4.5%.

26

27

28 355 Old Post Road, STE. 4                                                       ORDER TO SELL
   Coplay, PA 18037
   (610) 262-7873

1

5. The Seller's ordinary, customary and reasonable closing costs including but not limited to transfer taxes, tax certifications, document preparation fees, real estate taxes, lienable municipal services and express mail fees will be paid out of the proceeds of the sale.

6. Following the payment of the Seller's Closing Costs, all liens and encumbrances will be paid out of the proceeds of sale, in the order of their priority, until the proceeds are exhausted as follows:

   a. Payoff of outstanding real estate taxes of the Bucks County Tax Claim Bureau

   b. Payoff of outstanding sewer and trash charges of the Township of Chalfont

   c. Payment in full of the Mortgage of Specialized Loan Servicing LLC

   d. Payment in full of the Mortgage of Citizens Bank N.A.

   e. Payment in full of the Internal Revenue Service

   f. Funds, if any remaining, shall be placed into the escrow account of the Debtor's attorney pending further order of this Court.

   g. Closing is required within 30 days of a payoff quote or a new payoff quote is required within 30 days of closing;

   h. The Debtor is authorized to execute any and all documents and to perform any and all acts necessary for the debtor to consummate the sale of the real property as authorized by this Order.

BY THE COURT:

_Jean K. FitzSimon_
_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge

2355 Old Post Road, STE. 4
Coplay, PA 18037
(610) 262-7873

ORDER TO SELL

2