Michael J. McCrystal, Esquire
151 Main Street, STE. A
Emmaus, PA 18049
(610) 262-7873

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

|  |  |
|---|---|
| James Bareis | Case No. 19-12579-jkf |
|  | Chapter 13 |
| Debtor. |  |

### *NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE*

    Michael J. McCrystal, Attorney for the Movant, has filed a Motion to Consummate Chapter 13 case.

    ***Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult an attorney.)***

1.   If you do not want the Court to grant the relief sought in this motion or if you want the Court to consider your views on this Motion, then on or before April 13, 2020, you or your attorney must do ***all*** of the following
     (A)   file an answer explaining your position at:

        Clerk, United States Bankruptcy Court for
        The Eastern District of Pennsylvania
        900 Market Street, STE 400
        Philadelphia, PA 19107

If you mail your answer to the Clerk's Office for filing, you must mail early enough so that it will be received on or before the date stated above

Document      Page 2 of 2

(B)  Mail a copy to the Movant's Attorney:

>Michael J. McCrystal, Esquire
>151 Main Street, STE A
>Emmaus, PA 18049
>(610) 262-7873
>(610) 262-2219 (facsimile)

(C)  Mail a copy to :

>Office of the United States Trustee    Scott Waterman, Esquire
>833 Chestnut Street                    2901 St. Lawrence Avenue
>Suite 500                              PO Box 4010
>Philadelphia, PA 19107                 Reading, PA 19606-4010

2.  If you or your attorney do not take the steps described in 1(A) and 1(B) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.  A hearing on the Motion is scheduled before the Honorable Patricia M. Mayer on May 12, 2020 at 9:30 AM at Bankruptcy Courtroom #3 United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market Street, Second Floor, Philadelphia, PA 19107.

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you, if you request a copy from the attorney named in paragraph 1(B).

5.  You may contact the Bankruptcy Court Clerk's Office at 610-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

>Respectfully submitted,
>
>/s/ Michael J. McCrystal
>Michael J. McCrystal, Esquire