# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | James F. Bareis | Case No. | 19-12579 |
| | Debtor(s) | Chapter | 13 |

## PROOF OF SERVICE BY MAIL

I, **Michael J. McCrystal, Esquire**, declare that I am a resident of or employed in the County of Lehigh, Commonwealth of **Pennsylvania**. My address is **151 Main Street, Suite A, Emmaus, PA 18049**. I am over the age of eighteen years of age and am not a party to this case.

On **March 31, 2020**, I served the Notice of Motion to **Approve Professional Compensation** on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Bank of America
Attn: Bankruptcy
Po Box 982238
El Paso, TX 79998

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Citicards Cbna
Citi Bank
Po Box 6077
Sioux Falls, SD 57117

Citicards Cbna
Citi Bank
Po Box 6077
Sioux Falls, SD 57117

Citizens Bank
1 Citizens Dr
Riverside, RI 02915

Citizens Bank
Attn: Bankruptcy
1 Citizens Dr
Riverside, RI 02915

Comenitycapital/bjsclb
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

Credit First National Association
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181

Discover Financial
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850

| |
|---|
| Elan Financial Service<br>Attn: Bankruptcy<br>4801 Frederica Street<br>Owensboro, KY 42301 |
| Freedom Credit Union<br>Attn: Bankruptcy Dept.<br>626 Jacksonville Road, Suite 250<br>Warminster, PA 18974 |
| Freedom Credit Union<br>Attn: Bankruptcy Dept.<br>626 Jacksonville Road, Suite 250<br>Warminster, PA 18974 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| RBS Citizens Cc<br>1 Citizens Dr.<br>Ms: Rop 15b<br>Riverside, RI 02915 |
| Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 |
| Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 |
| Toyota Financial Services<br>Atty: Bankruptcy Dept<br>Po Box 8026<br>Cedar Rapids, IA 52409 |
| Toyota Financial Services<br>Atty: Bankruptcy Dept<br>Po Box 8026<br>Cedar Rapids, IA 52409 |
| Toyota Financial Services<br>Attn: Bankruptcy Dept<br>Po Box 8026<br>Cedar Rapids, IA 52409 |
| Toyota Financial Services<br>Attn: Bankruptcy Dept<br>Po Box 8026<br>Cedar Rapids, IA 52409 |
| Toyota Financial Services<br>Attn: Bankruptcy Dept<br>Po Box 8026<br>Cedar Rapids, IA 52409 |
| Trumark Financial Credit Union<br>Attn: Bankruptcy<br>335 Commerce Dr<br>Fort Washington, PA 19034 |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **March 31, 2020**.

_____
Signature