IN RE: James Bareis                                    IN THE UNITED STATES
                                                     BANKRUPTCY COURT FOR
                                                     THE EASTERN DISTRICT OF

                                                     CASE NO. 19-12579
                                                     Chapter 13

## ***AMENDED NOTICE***

TO THE DEBTORS, ALL CREDITORS, U.S. TRUSTEE, CHAPTER 13 TRUSTEE AND ALL PARTIES IN INTEREST- NOTICE IS GIVEN THAT:

    Michael J. McCrystal, Esquire has filed an Application to Approve Compensation of Debtor's Attorney, Michael J. McCrystal in the amount of seven thousand one hundred fifty dollars and zero cents ($7,150.00) in attorney's fees and zero dollars and zero cents ($0.00) in expenses.

    The debtor, US Trustee, Chapter 13 Trustee (if any), all creditors or parties in interest may file an Answer, Objection, other responsive pleading, or Request for Hearing, stating the reasons why a hearing is necessary, with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania 900 Market Street, Philadelphia, PA 19107 and serve a copy on Counsel for the Debtor, whose name and address appear below, on or before twenty one (21) days from the date of this Notice.

    In the absence of any of the foregoing answers, objections, other responsive pleadings or requests for hearing, the Applicant will certify to the Court the absence of such filing and service within twenty one (21) days from the date of this Notice and the Court may, upon consideration of the record, grant the Application.

                                                          Respectfully submitted,


                                                          /s/Michael J. McCrystal
                                                          _____
                                                          Michael J. McCrystal, Esquire
                                                          151 Main Street
                                                          Suite A
                                                          Emmaus, PA 18049
                                                          Attorney for the Debtor

DATE: March 31, 2020