UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   James F. Bareis                              :     Chapter 13

          Debtor                                  :     Bankruptcy No. 19-12579-jkf

### CONSENT ORDER REGARDING DISBURSEMENT OF REAL ESTATE SALE PROCEEDS

**WHEREAS**, on March 12, 2000 this Court granted Debtor's Motion to sell 732 N. Limekiln Pike, Chalfont, Pa 18914 ("Real Estate");

**WHEREAS**, the March 12, 2000 Sale Order specified that all net proceeds from the sale, after all liens, customary fees and costs are paid - shall be placed in the escrow account of Debtor's attorney, Michael J. McCrystal, Esquire pending further order of the Court;

**WHEREAS**, the closing on the Real Estate occurred and the net proceeds in the amount of $46,525.16 was deposited into Debtor's counsel's IOLTA account;

**WHEREAS**, the Debtor is entitled to exempt $25,100.00 of the above funds pursuant to 11 U.S.C. §522(d)(1); it is

**ORDERED**, that Debtor's counsel shall disburse $25,100.00 from the escrow account to the Debtor, and the balance in the amount of $21,425.16 shall be disbursed to Scott F. Waterman, Esquire, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606.

Date: May 8, 2020

                                              Scott F. Waterman, Esquire
                                              Chapter 13 Standing Trustee

Date: May 7, 2020

                                              Michael J. McCrystal, Esquire
                                              Attorney for Debtor

                                              BY THE COURT:

May 13, 2020
   Date                                        HON. JEAN K. FITZSIMON
                                              BANKRUPTCY JUDGE