United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-12579-jkf
James F. Bareis                                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey             Page 1 of 1              Date Rcvd: May 13, 2020
                              Form ID: pdf900          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
db           #+James F. Bareis,   732 N. Limekiln Pike,   Chalfont, PA 18914-1507
r             +ELIZABETH SCHAEFER,   Realty Group One Legacy,   601 New Britain Road,   Bldg. 100,
                Doylestown, PA 18901-2788
cr            +SPECIALIZED LOAN SERVICING LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov May 14 2020 03:53:04     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 14 2020 03:52:39
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 14 2020 03:52:59     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/Text: Bankruptcy.RI@Citizensbank.com May 14 2020 03:52:20     Citizens Bank N.A.,
                One Citizens Bank Way Mailstop JCA115,   Johnston, RI  02919
                                                                                              TOTAL: 4

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    Bank of America, N.A. alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor     SPECIALIZED LOAN SERVICING LLC pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC pabk@logs.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor James F. Bareis mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              MICHAEL JOHN CLARK    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC mjclark@logs.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   James F. Bareis            :   Chapter 13

        Debtor            :   Bankruptcy No. 19-12579-jkf

### CONSENT ORDER REGARDING DISBURSEMENT OF REAL ESTATE SALE PROCEEDS

**WHEREAS,** on March 12, 2000 this Court granted Debtor's Motion to sell 732 N. Limekiln Pike, Chalfont, Pa 18914 ("Real Estate");

**WHEREAS,** the March 12, 2000 Sale Order specified that all net proceeds from the sale, after all liens, customary fees and costs are paid - shall be placed in the escrow account of Debtor's attorney, Michael J. McCrystal, Esquire pending further order of the Court;

**WHEREAS,** the closing on the Real Estate occurred and the net proceeds in the amount of $46,525.16 was deposited into Debtor's counsel's IOLTA account;

**WHEREAS,** the Debtor is entitled to exempt $25,100.00 of the above funds pursuant to 11 U.S.C. §522(d)(1); it is

**ORDERED,** that Debtor's counsel shall disburse $25,100.00 from the escrow account to the Debtor, and the balance in the amount of $21,425.16 shall be disbursed to Scott F. Waterman, Esquire, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606.

Date: May 8, 2020

Scott F. Waterman, Esquire
Chapter 13 Standing Trustee

Date: May 7, 2020

Michael J. McCrystal, Esquire
Attorney for Debtor

BY THE COURT:

May 13, 2020
Date

HON. JEAN K. FITZSIMON
**BANKRUPTCY JUDGE**