United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12579-amc
James F. Bareis                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Aug 13, 2020
                              Form ID: 155              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db             #+James F. Bareis,    732 N. Limekiln Pike,    Chalfont, PA 18914-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    Bank of America, N.A. alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC pabk@logs.com,
               klittle@logs.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor James F. Bareis mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              MICHAEL JOHN CLARK    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC mjclark@logs.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: James F. Bareis
      Debtor(s)

Chapter: 13
Bankruptcy No: 19−12579−amc

_____

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this August 12, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                      Ashely M. Chan
                                                    Judge ,
                                                    United States Bankruptcy Court

                                                                              86
                                                                          Form 155