IN RE: James Bareis

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE NO. 19-12579
Chapter 13

## *ORDER*

AND NOW, upon consideration of the Application for Compensation filed by the debtor's counsel and upon certification that proper service has been made on all interested parties and upon certification of no response,

IT IS ORDERED:

1. Michael J. McCrystal, Esquire is allowed a fee in the amount of seven thousand one hundred fifty dollars and zero cents ($7,150.00) {less the sum of $1,550.00 already received} for services rendered as set forth in the FINAL Application for Approval of Professional Compensation.

2. Michael J. McCrystal, Esquire is allowed reimbursement for expenses in the amount of zero cents ($0.00).

3. A net claim is allowed in favor of Michael J. McCrystal, Esquire in the amount of five thousand six hundred dollars and zero cents ($5,600.00).

4. The Chapter 13 Trustee is authorized to distribute this sum to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b) and 11 U.S.C. §330 (a)(4)(B) to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

_____
USBJ

**Date: August 17, 2020**