| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-12579-AMC**

JAMES F. BAREIS  
732 M. LIMEKILN PIKE  
CHALFONT  PA    18914

Petition Filed Date: 04/23/2019  
341 Hearing Date: 05/31/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/20/2019 | $200.00 | 660703 | 06/24/2019 | $200.00 | 662705 | 07/25/2019 | $200.00 | 664592 |
| 09/03/2019 | $200.00 | Automatic Pay | 09/24/2019 | $200.00 | Automatic Pay | 10/24/2019 | $200.00 | |
| 11/25/2019 | $200.00 | | 01/07/2020 | $200.00 | | 01/30/2020 | $200.00 | |
| 03/13/2020 | $200.00 | | 04/01/2020 | $250.00 | | 04/24/2020 | $200.00 | |
| 05/26/2020 | $200.00 | | 06/11/2020 | $21,425.16 | 1539    732 N. | 06/24/2020 | $200.00 | |
| 07/24/2020 | $200.00 | | | | | | | |

**Total Receipts for the Period:  $24,475.16    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $24,475.16**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,475.16 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($50.00) |
| Paid to Trustee: | $2,434.52 | Total Plan Base: | $33,425.16 |
| Funds on Hand: | $22,040.64 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.