*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR EASTERN DISTRICT OF PENNSYLVANIA*
*READING DIVISION*

| | | |
|---|---|---|
| IN RE: James F. Bareis | : | |
| | : | |
| Debtor | : | Bankr. No. 19-bk-12579-pmm |
| | : | |
| | : | Chapter 13 |

## ADDENDUM TO CHAPTER 13 PLAN

Section 3(a) Except as provided in 3(b) below, all allowed priority claims will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Estimated Amount to be Paid |
|---|---|---|
| Michael J. McCrystal Esq, | Attorney Fee | $5,600.00 |

Respectfully submitted,

/s/ Michael J. McCrystal, Esquire
_____
Michael J. McCrystal, Esquire
151 Main Street, STE A
Emmaus, PA 18049
610 262-7873

Attorney for the Debtor