United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James F. Bareis  
    Debtor

Case No. 19-12579-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: SaraR     Page 1 of 1     Date Rcvd: Aug 17, 2020  
                      Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2020.
```
db             #+James F. Bareis,    732 N. Limekiln Pike,   Chalfont, PA 18914-1507
r               +ELIZABETH SCHAEFER,    Realty Group One Legacy,    601 New Britain Road,   Bldg. 100,
                  Doylestown, PA 18901-2788
cr              +SPECIALIZED LOAN SERVICING LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 18 2020 04:23:25      Citizens Bank N.A.,
                  One Citizens Bank Way Mailstop JCA115,    Johnston, RI   02919
                                                                                              TOTAL: 1
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                        Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2020 at the address(es) listed below:
```
          ANDREW M. LUBIN    on behalf of Creditor    Bank of America, N.A. alubin@milsteadlaw.com,
           bkecf@milsteadlaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC pa-bk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC pabk@logs.com,
           klittle@logs.com
          MICHAEL J. MCCRYSTAL    on behalf of Debtor James F. Bareis mccrystallaw@gmail.com,
           sueparalegal@gmail.com
          MICHAEL JOHN CLARK    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC mjclark@logs.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

IN RE: James Bareis

IN THE UNITED STATES
BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF
PENNSYLVANIA

CASE NO. 19-12579
Chapter 13

### *ORDER*

AND NOW, upon consideration of the Application for Compensation filed by the debtor's counsel and upon certification that proper service has been made on all interested parties and upon certification of no response,

IT IS ORDERED:

1. Michael J. McCrystal, Esquire is allowed a fee in the amount of seven thousand one hundred fifty dollars and zero cents ($7,150.00) {less the sum of $1,550.00 already received} for services rendered as set forth in the FINAL Application for Approval of Professional Compensation.

2. Michael J. McCrystal, Esquire is allowed reimbursement for expenses in the amount of zero cents ($0.00).

3. A net claim is allowed in favor of Michael J. McCrystal, Esquire in the amount of five thousand six hundred dollars and zero cents ($5,600.00).

4. The Chapter 13 Trustee is authorized to distribute this sum to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b) and 11 U.S.C. §330 (a)(4)(B) to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

_____
USBJ

**Date: August 17, 2020**