| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-12579-AMC

JAMES F. BAREIS
732 M. LIMEKILN PIKE
CHALFONT  PA  18914

Petition Filed Date: 04/23/2019
341 Hearing Date: 05/31/2019
Confirmation Date: 08/12/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $200.00 | | 01/30/2020 | $200.00 | | 03/13/2020 | $200.00 | |
| 04/01/2020 | $250.00 | | 04/24/2020 | $200.00 | | 05/26/2020 | $200.00 | |
| 06/11/2020 | $21,425.16 | 1539  732 N. | 06/24/2020 | $200.00 | | 07/24/2020 | $200.00 | |
| 08/24/2020 | $200.00 | | 09/24/2020 | $200.00 | | 10/26/2020 | $200.00 | |
| 11/24/2020 | $200.00 | | 12/28/2020 | $200.00 | | 01/26/2021 | $200.00 | |
| 03/03/2021 | $200.00 | | 03/29/2021 | $200.00 | | 04/26/2021 | $200.00 | |
| 05/24/2021 | $200.00 | | | | | | | |

**Total Receipts for the Period: $25,075.16    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $26,475.16**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $5,600.00 | $5,600.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $6,517.66 | $473.00 | $6,044.66 |
| 2 | CITIZENS BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Unsecured Creditors | $9,747.21 | $282.90 | $9,464.31 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $571.24 | $37.56 | $533.68 |
| 5 | US BANK NA<br>»» 005 | Unsecured Creditors | $5,620.32 | $407.90 | $5,212.42 |
| 6 | TRUMARK FINANCIAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $14,373.56 | $1,043.15 | $13,330.41 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $14,860.51 | $14,860.51 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $572.51 | $37.61 | $534.90 |
| 9 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $5,185.71 | $376.33 | $4,809.38 |
| 10 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $6,399.71 | $464.44 | $5,935.27 |
| 11 | QUANTUM3 GROUP LLC as agent for<br>»» 010 | Unsecured Creditors | $4,015.24 | $291.41 | $3,723.83 |
| 12 | SPECIALIZED LOAN SERVICING LLC<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 19-12579-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,475.16 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $23,874.81 | Arrearages: | ($50.00) |
| Paid to Trustee: | $2,592.52 | Total Plan Base: | $33,425.16 |
| Funds on Hand: | $7.83 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.