Case 19-12579-amc    Doc 94    Filed 08/16/22    Entered 08/16/22 08:56:09    Desc Main
Document      Page 1 of 2

| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-12579-AMC**

JAMES F. BAREIS
732 M. LIMEKILN PIKE
CHALFONT  PA    18914

Petition Filed Date: 04/23/2019
341 Hearing Date: 05/31/2019
Confirmation Date: 08/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $200.00 | | 05/24/2021 | $200.00 | | 06/28/2021 | $200.00 | |
| 07/26/2021 | $200.00 | | 08/24/2021 | $200.00 | | 09/28/2021 | $200.00 | |
| 10/25/2021 | $200.00 | | 11/24/2021 | $200.00 | | 12/28/2021 | $200.00 | |
| 01/25/2022 | $200.00 | | 02/25/2022 | $200.00 | | 03/25/2022 | $200.00 | |
| 04/25/2022 | $200.00 | | 05/24/2022 | $200.00 | | 06/27/2022 | $200.00 | |
| 07/25/2022 | $200.00 | | | | | | | |

**Total Receipts for the Period: $3,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $29,275.16**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $5,600.00 | $5,600.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $6,517.66 | $762.65 | $5,755.01 |
| 2 | CITIZENS BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Unsecured Creditors | $9,747.21 | $736.42 | $9,010.79 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $571.24 | $53.09 | $518.15 |
| 5 | US BANK NA<br>»» 005 | Unsecured Creditors | $5,620.32 | $657.64 | $4,962.68 |
| 6 | TRUMARK FINANCIAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $14,373.56 | $1,681.96 | $12,691.60 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $14,860.51 | $14,860.51 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $572.51 | $53.19 | $519.32 |
| 9 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $5,185.71 | $606.82 | $4,578.89 |
| 10 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $6,399.71 | $748.91 | $5,650.80 |
| 11 | QUANTUM3 GROUP LLC as agent for<br>»» 010 | Unsecured Creditors | $4,015.24 | $456.05 | $3,559.19 |
| 12 | SPECIALIZED LOAN SERVICING LLC<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-12579-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,275.16 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $26,217.24 | Arrearages: | ($50.00) |
| Paid to Trustee: | $2,832.52 | Total Plan Base: | $33,425.16 |
| Funds on Hand: | $225.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.