Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-12579-AMC**

JAMES F. BAREIS  
732 M. LIMEKILN PIKE  
CHALFONT  PA    18914

Petition Filed Date: 04/23/2019  
341 Hearing Date: 05/31/2019  
Confirmation Date: 08/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/24/2022 | $200.00 | | 09/26/2022 | $200.00 | | 10/24/2022 | $200.00 | |
| 11/28/2022 | $200.00 | | 12/27/2022 | $200.00 | | 01/24/2023 | $200.00 | |
| 02/27/2023 | $200.00 | | 03/24/2023 | $200.00 | | 04/24/2023 | $200.00 | |
| 05/24/2023 | $200.00 | | 06/27/2023 | $200.00 | | 07/24/2023 | $200.00 | |

**Total Receipts for the Period: $2,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $31,675.16**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $5,600.00 | $5,600.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $6,517.66 | $1,031.09 | $5,486.57 |
| 2 | CITIZENS BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Unsecured Creditors | $9,747.21 | $1,156.72 | $8,590.49 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $571.24 | $84.61 | $486.63 |
| 5 | US BANK NA<br>»» 005 | Unsecured Creditors | $5,620.32 | $889.09 | $4,731.23 |
| 6 | TRUMARK FINANCIAL CREDIT UNION<br>»» 006 | Unsecured Creditors | $14,373.56 | $2,274.00 | $12,099.56 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $14,860.51 | $14,860.51 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $572.51 | $84.71 | $487.80 |
| 9 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $5,185.71 | $820.42 | $4,365.29 |
| 10 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $6,399.71 | $1,012.55 | $5,387.16 |
| 11 | QUANTUM3 GROUP LLC as agent for<br>»» 010 | Unsecured Creditors | $4,015.24 | $621.59 | $3,393.65 |
| 12 | SPECIALIZED LOAN SERVICING LLC<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-12579-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,675.16 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $28,435.29 | Arrearages: | ($50.00) |
| Paid to Trustee: | $3,032.52 | Total Plan Base: | $33,425.16 |
| Funds on Hand: | $207.35 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.