B 283 (Form 283) (04/10)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re: James F. Bareis          Case No. 19-12579-pmm
Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations* (check no more than one)

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

    X    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to p
an such obligation since then

        I am or have been required to pay a domestic support obligation. I have paid all such amounts that my
chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing
of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

    My current address:

    My current employer and my employer's address:_

---

*Part III. Certification Regarding Section 522(q)* (check no more than one)

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

    XXXX    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a
dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in
§ 522(p)(1), and (2) that exceeds $146,450* in value in the aggregate.

        I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a
dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in
§ 522(p)(1), and (2) that exceeds $146,450* in value in the aggregate.

*Part IV. Debtor's Signature*

    I certify under penalty of perjury that the information provided in these certifications is true and correct to
the best of my knowledge and belief.

Executed on  05-29-24                                   /s/James F. Bareis
             Date                                                              Debtor

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*