United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12579-amc |
| James F. Bareis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 29, 2024 | Form ID: 138OBJ | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James F. Bareis, 732 N. Limekiln Pike, Chalfont, PA 18914-1507 |
| 14441278 | #+ | SPECIALIZED LOAN SERVICING LLC, C/O KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 29 2024 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14311642 | + | Email/PDF: bncnotices@becket-lee.com | May 30 2024 00:08:33 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14311643 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 29 2024 23:57:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14311644 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 29 2024 23:57:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14348885 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 29 2024 23:57:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14311648 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 29 2024 23:57:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14311649 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 29 2024 23:57:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 14326057 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 29 2024 23:57:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14311657 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 29 2024 23:57:00 | RBS Citizens Cc, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14330737 | + | Email/Text: RASEBN@raslg.com | May 29 2024 23:57:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14311646 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 30 2024 00:08:32 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14311650 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 19-12579-amc   Doc 103   Filed 05/31/24   Entered 06/01/24 00:38:33   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 29, 2024 | Form ID: 138OBJ | Total Noticed: 34 |

| | | | |
|---|---|---|---|
| | | May 29 2024 23:57:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14311651 | + Email/Text: BKPT@cfna.com | May 29 2024 23:57:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14311652 | Email/Text: mrdiscen@discover.com | May 29 2024 23:57:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14320144 | Email/Text: mrdiscen@discover.com | May 29 2024 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14311654 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | May 29 2024 23:57:00 | Freedom Credit Union, Attn: Bankruptcy Dept., 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14311656 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 29 2024 23:57:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14311645 | Email/PDF: ais.chase.ebn@aisinfo.com | May 30 2024 00:08:13 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14345493 | Email/PDF: resurgentbknotifications@resurgent.com | May 30 2024 00:08:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14346291 | Email/Text: bnc-quantum@quantum3group.com | May 29 2024 23:57:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14372886 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | May 29 2024 23:57:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14440581 | + Email/Text: SLSBKNotices@nationalbankruptcy.com | May 29 2024 23:57:00 | Specialized Loan Servicing, LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 14311658 | + Email/PDF: ais.sync.ebn@aisinfo.com | May 30 2024 00:08:44 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14311662 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 29 2024 23:57:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14311660 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 29 2024 23:57:00 | Toyota Financial Services, Atty: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14327058 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 29 2024 23:57:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14559571 | Email/PDF: bncnotices@becket-lee.com | May 30 2024 00:19:09 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14399663 | ^ MEBN | May 29 2024 23:55:27 | Toyota Lease Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14311665 | + Email/Text: dbogucki@trumark.org | May 29 2024 23:58:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14331569 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 29 2024 23:58:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14311653 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 29 2024 23:58:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 29, 2024 | Form ID: 138OBJ | Total Noticed: 34 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14311647 | *+ | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14311655 | *+ | Freedom Credit Union, Attn: Bankruptcy Dept., 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14311659 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14311663 | *+ | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14311664 | *+ | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14311661 | *+ | Toyota Financial Services, Atty: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14321020 | ##+ | Bank of America, N.A., c/o Andrew M. Lubin, Esquire, Milstead & Associates, LLC, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 14321719 | ##+ | Bank of America, N.A., C/O ANDREW M. LUBIN, Milstead & Associates, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 14489969 | ##+ | Michael J. McCrystal, Esquire, 151 Main Sttreet, Suite A, Emmaus, PA 18049-4026 |

TOTAL: 0 Undeliverable, 6 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC KRLITTLE@FIRSTAM.COM |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor James F. Bareis mccrystallaw@gmail.com sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com;mccrystal.mikeb130939@notify-prod.bestcase.com |
| MICHAEL JOHN CLARK | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC mclark@squirelaw.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| ROGER FAY | on behalf of Creditor Bank of America  N.A. rfay@alaw.net, bkecf@milsteadlaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: James F. Bareis

        Debtor(s)

Case No: 19−12579−amc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/29/24

102 − 100
Form 138OBJ