United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
James F. Bareis  
    Debtor

Case No. 19-12579-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: May 29, 2024      Form ID: 234      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

**Recip ID**      **Recipient Name and Address**  
db      +   James F. Bareis, 732 N. Limekiln Pike, Chalfont, PA 18914-1507

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:**

**Name**      **Email Address**

DENISE ELIZABETH CARLON  
     on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

KEVIN G. MCDONALD  
     on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

KEVIN S. FRANKEL  
     on behalf of Creditor SPECIALIZED LOAN SERVICING LLC pa-bk@logs.com

KRISTEN D. LITTLE  
     on behalf of Creditor SPECIALIZED LOAN SERVICING LLC KRLITTLE@FIRSTAM.COM

MICHAEL J. MCCRYSTAL  
     on behalf of Debtor James F. Bareis mccrystallaw@gmail.com  
     sueparalegal@gmail.com;mccrystal.mikeb130939@notify.bestcase.com;mccrystal.mikeb130939@notify-prod.bestcase.com

MICHAEL JOHN CLARK  
     on behalf of Creditor SPECIALIZED LOAN SERVICING LLC mclark@squirelaw.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2024 | Form ID: 234 | Total Noticed: 1 |

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

ROGER FAY
    on behalf of Creditor Bank of America  N.A. rfay@alaw.net, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: James F. Bareis
         Debtor(s)　　　　　　　　　　　　Case No:19−12579−amc
　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**


　　　　　　　　　　　　　　　　　　　　　　For The Court


　　　　　　　　　　　　　　　　　　　　　　Timothy McGrath,
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Date: 5/29/24

100
Form 234