Certificate Number: 13858-PAE-DE-038535903

Bankruptcy Case Number: 19-12579


13858-PAE-DE-038535903

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2024, at 1:21 o'clock PM EDT, James F. Bareis completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 3, 2024    By: /s/Wendel Ruegsegger

Name: Wendel Ruegsegger

Title: Counselor