| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-12579-AMC

JAMES F. BAREIS　　　　　　　　　　　　　　　　　　　　　　　　　Petition Filed Date: 04/23/2019
732 M. LIMEKILN PIKE　　　　　　　　　　　　　　　　　　　　　　　341 Hearing Date: 05/31/2019
CHALFONT  PA　18914　　　　　　　　　　　　　　　　　　　　　　　Confirmation Date: 08/12/2020

Case Status: Completed on 4/24/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/24/2023 | $200.00 | | 09/25/2023 | $200.00 | | 10/24/2023 | $200.00 | |
| 11/27/2023 | $200.00 | | 12/27/2023 | $200.00 | | 01/24/2024 | $200.00 | |
| 02/27/2024 | $200.00 | | 03/25/2024 | $200.00 | | 04/24/2024 | $200.00 | |

**Total Receipts for the Period: $1,800.00   Amount Refunded to Debtor Since Filing: $50.00   Total Receipts Since Filing: $33,475.16**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MICHAEL J McCRYSTAL ESQ | Attorney Fees | $5,600.00 | $5,600.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $6,517.66 | $1,245.79 | $5,271.87 |
| 2 | CITIZENS BANK NA »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | TOYOTA MOTOR CREDIT CORP »» 003 | Unsecured Creditors | $9,747.21 | $1,492.87 | $8,254.34 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $571.24 | $109.21 | $462.03 |
| 5 | US BANK NA »» 005 | Unsecured Creditors | $5,620.32 | $1,074.19 | $4,546.13 |
| 6 | TRUMARK FINANCIAL CREDIT UNION »» 006 | Unsecured Creditors | $14,373.56 | $2,747.49 | $11,626.07 |
| 7 | UNITED STATES TREASURY (IRS) »» 07P | Priority Crediors | $14,860.51 | $14,860.51 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 07U | Unsecured Creditors | $572.51 | $109.44 | $463.07 |
| 9 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $5,185.71 | $991.23 | $4,194.48 |
| 10 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $6,399.71 | $1,223.38 | $5,176.33 |
| 11 | QUANTUM3 GROUP LLC as agent for »» 010 | Unsecured Creditors | $4,015.24 | $767.53 | $3,247.71 |
| 12 | SPECIALIZED LOAN SERVICING LLC »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | AMERICAN EXPRESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | CITIZENS BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | CREDIT FIRST NATIONAL ASSOCIATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 17 | AMERICAN EXPRESS | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 18 | FREEDOM CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | FREEDOM CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | CITIZENS BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | TOYOTA MOTOR CREDIT CORP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | TOYOTA MOTOR CREDIT CORP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | JAMES F. BAREIS | Debtor Refunds | $50.00 | $50.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,475.16 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $30,271.64 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,203.52 | Total Plan Base: | $33,425.16 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.